E-FILED
Thursday, 13 June, 2019 04:36:42 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

## PLAINTIFF'S PROPOSED DISCOVERY PLAN

| Event | Deadline |
|---|---|
| Initial Disclosures Due and Fact Discovery Commences | July 1, 2019 |
| Plaintiff to Serve Initial Infringement Contentions | July 15, 2019 |
| Defendant to Serve Initial Non-Infringement and Invalidity Contentions | July 29, 2019 |
| Plaintiff to Serve Initial Response to Invalidity Contentions | August 12, 2019 |
| Deadline to Seek Leave to Add Parties or Amend the Pleadings | November 11, 2019 |
| Parties to Serve Final Infringement and Invalidity Contentions | December 9, 2019 |
| Parties to Serve Final Non-Infringement and Validity Contentions | January 6, 2020 |
| Close of All Fact Discovery | February 3, 2020 |
| Initial Expert Reports for Issues on which a Party Bears the Burden of Proof | March 2, 2020 |
| Rebuttal Expert Reports for Issues on which a Party does not Bear the Burden of Proof | March 30, 2020 |
| Depositions of Experts | April 27, 2020 |
| Final Day for Filing Dispositive Motions | May 25, 2020 |
| Case Ready for Trial | October 12, 2020<br><br>*20 weeks (140 days) after filing dispositive motions |