E-FILED
Thursday, 13 June, 2019  04:36:43 PM
Clerk, U.S. District Court, ILCD

# Exhibit B

## **DEFENDANT'S PROPOSED DISCOVERY PLAN**

| Event | Deadline |
|---|---|
| Initial Disclosures Due and Fact Discovery Commences | July 1, 2019 |
| Plaintiff to Serve Initial Infringement Contentions | July 29, 2019 |
| Defendant to Serve Initial Non-Infringement and Invalidity Contentions | August 19, 2019 |
| Plaintiff to Serve Initial Response to Invalidity Contentions | September 9, 2019 |
| Deadline to Seek Leave to Add Parties or Amend the Pleadings | November 11, 2019 |
| Parties to Serve Final Infringement and Invalidity Contentions | January 20, 2020 |
| Parties to Serve Final Non-Infringement and Validity Contentions | February 17, 2020 |
| Parties to Exchange Proposed Claim Terms to be Construed along with Proposed Constructions | March 2, 2020 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix | March 30, 2020 |
| Responsive Claim Construction Brief by party claiming infringement | April 27, 2020 |
| Reply Claim Construction Brief by party opposing infringement | May 11, 2020 |
| Initial Expert Reports for Issues on which a Party Bears the Burden of Proof | 45 days after the Court's claim construction opinion |
| Rebuttal Expert Reports for Issues on which a Party does not Bear the Burden of Proof | 30 days after |
| Depositions of Experts / Close of Fact and Expert Discovery | 30 days after |
| Final Day for Filing Dispositive Motions | 60 days after |

| Event | Deadline |
|---|---|
| Case Ready for Trial | 140 days after filing dispositive motions |